**FILED**
January 26, 2011
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br>v.<br><br>BINH THU LAM,<br>        Defendant. | Case No. MJ.S-11-0028-EFB<br><br>ORDER FOR RELEASE OF<br>PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release BINH THU LAM, Case No. MJ.S-11-0028-EFB from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

\_\_\_   Release on Personal Recognizance

_X_   Bail Posted in the Sum of: $50,000.00

    _X_   Co-signed Unsecured Appearance Bond by Carrie Wong and Nancy Wong

    \_\_\_   Secured Appearance Bond

    _X_   (Other) Conditions as stated on the record..

    \_\_\_   (Other) _____ .

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at Sacramento, CA on 01-26-11 at 2:40 p.m.

By _____
/Edmund F. Brennan
United States Magistrate Judge