1  Michael E. Hansen [CSBN 191737]
   Attorney-at-Law
2  711 Ninth Street, Suite 100
   Sacramento, CA  95814
3  916.438.7711 FAX 916.864.1359

4  Attorney for Defendant
   BINH LAM

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 2:11-CR-00056 LKK |
|---|---|
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE, AND TO EXCLUDE TIME PURSUANT TO THE SPEEDY TRIAL ACT** |
| vs. | |
| ALEX LIAO, et al., | |
| Defendants. | |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Todd Leras, Assistant United States Attorney, attorney for plaintiff, and Michael E. Hansen, attorney for defendant Binh Lam, that the previously-scheduled status conference date of July 9, 2013, be vacated and the matter set for status conference on August 13, 2013, at 9:15 a.m.

This continuance is requested to allow counsel additional time to negotiate a disposition.

The Government concurs with this request.

Further, the parties agree and stipulate the ends of justice served by the granting of such a continuance outweigh the best interests of the public and the defendant in a speedy trial and that time within which the trial of this case must be commenced under the Speedy Trial Act should therefore be excluded under 18 U.S.C. section 3161(h)(7)(B)(iv), corresponding to Local Code T-4 (to allow defense counsel time to prepare), from the date of the parties'

1

**Stipulation and Order to Continue Status Conference**

1  stipulation, July 5, 2013, to and including August 13, 2013.

2        Accordingly, the parties respectfully request the Court adopt this proposed stipulation.

3        IT IS SO STIPULATED.

4  Dated:  July 5, 2013                          Respectfully submitted,

5                                             /s/ Michael E. Hansen
                                           MICHAEL E. HANSEN
6                                               Attorney for Defendant
                                             BINH LAM
7

8  Dated:  July 5, 2013                          BENJAMIN B. WAGNER
                                             United States Attorney

9                                               By:  /s/ Michael E. Hansen for
                                             TODD LERAS
10                                              Assistant U.S. Attorney
                                             Attorney for Plaintiff

11

12

13

## ORDER

15  The Court, having received, read, and considered the stipulation of the parties, and
16  good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order.
17  Based on the stipulation of the parties and the recitation of facts contained therein, the Court
18  finds that it is unreasonable to expect adequate preparation for pretrial proceedings and trial
19  itself within the time limits established in 18 U.S.C. section 3161.  In addition, the Court
20  specifically finds that the failure to grant a continuance in this case would deny defense
21  counsel to this stipulation reasonable time necessary for effective preparation, taking into
22  account the exercise of due diligence.  The Court finds that the ends of justice to be served by
23  granting the requested continuance outweigh the best interests of the public and the defendant
24  in a speedy trial.

25        The Court orders that the time from the date of the parties' stipulation, July 5, 2013, to
26  and including August 13, 2013, shall be excluded from computation of time within which the
27  //
28  //

**Stipulation and Order to Continue Status Conference**

1  trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. section
2  3161(h)(7)(B)(iv), and Local Code T4 (reasonable time for defense counsel to prepare).  It is
3  further ordered that the July 9, 2013, status conference shall be continued until August 13,
4  2013, at 9:15 a.m.
5       **IT IS SO ORDERED**.
6  Dated: July 8, 2013

                     LAWRENCE K. KARLTON
                     SENIOR JUDGE
                     UNITED STATES DISTRICT COURT

**Stipulation and Order to Continue Status Conference**