1  Michael E. Hansen [CSBN 191737]
   Attorney-at-Law
2  711 Ninth Street, Suite 100
   Sacramento, CA  95814
3  916.438.7711 FAX 916.864.1359

4  Attorney for Defendant
   BINH LAM
5

6

7              **IN THE UNITED STATES DISTRICT COURT**

8          **FOR THE EASTERN DISTRICT OF CALIFORNIA**

9

10  UNITED STATES OF AMERICA,              No. 2:11-CR-00056 LKK

11                        Plaintiff,       **STIPULATION AND ORDER TO
                                           CONTINUE STATUS CONFERENCE,
12       vs.                               AND TO EXCLUDE TIME PURSUANT
                                           TO THE SPEEDY TRIAL ACT**
13  BINH LAM,

14                        Defendant.

15

16       IT IS HEREBY STIPULATED by and between the parties hereto through their

17  respective counsel, Christiaan Highsmith, Assistant United States Attorney, attorney for

18  plaintiff, and Michael E. Hansen, attorney for defendant Binh Lam, that the previously-

19  scheduled status conference date of October 16 2013, be vacated and the matter set for status

20  conference on November 26, 2013, at 9:15 a.m.

21       This continuance is requested to allow counsel additional time to negotiate a

22  disposition.

23       The Government concurs with this request.

24       Further, the parties agree and stipulate the ends of justice served by the granting of such

25  a continuance outweigh the best interests of the public and the defendant in a speedy trial and

26  that time within which the trial of this case must be commenced under the Speedy Trial Act

27  should therefore be excluded under 18 U.S.C. section 3161(h)(7)(B)(iv), corresponding to

28  Local Code T-4 (to allow defense counsel time to prepare), from the date of the parties'

                                         1

**Stipulation and Order to Continue Status Conference**

1  stipulation, October 11, 2013, to and including November 26, 2013.

2          Accordingly, the parties respectfully request the Court adopt this proposed stipulation.

3          IT IS SO STIPULATED.

4  Dated:  October 11, 2013                    Respectfully submitted,

5                                               /s/ Michael E. Hansen
                                                MICHAEL E. HANSEN
6                                               Attorney for Defendant
                                                BINH LAM
7
8  Dated:  October 11, 2013                    BENJAMIN B. WAGNER
                                                United States Attorney

9                                               By: /s/ Michael E. Hansen for
                                                CHRISTIAAN HIGHSMITH
10                                              Assistant U.S. Attorney
                                                Attorney for Plaintiff

11

12

13

14                                  **ORDER**

15          The Court, having received, read, and considered the stipulation of the parties, and

16  good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order.

17  Based on the stipulation of the parties and the recitation of facts contained therein, the Court

18  finds that it is unreasonable to expect adequate preparation for pretrial proceedings and trial

19  itself within the time limits established in 18 U.S.C. section 3161.  In addition, the Court

20  specifically finds that the failure to grant a continuance in this case would deny defense

21  counsel to this stipulation reasonable time necessary for effective preparation, taking into

22  account the exercise of due diligence.  The Court finds that the ends of justice to be served by

23  granting the requested continuance outweigh the best interests of the public and the defendant

24  in a speedy trial.

25          The Court orders that the time from the date of the parties' stipulation, October 11,

26  2013, to and including November 26, 2013, shall be excluded from computation of time within

27  which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18

28  U.S.C. section 3161(h)(7)(B)(iv), and Local Code T4 (reasonable time for defense counsel to

**Stipulation and Order to Continue Status Conference**

1   prepare).  It is further ordered that the October 16, 2013, status conference shall be continued

2   until November 26, 2013, at 9:15 a.m.

3          **IT IS SO ORDERED**.

4   Dated:  October 15, 2013

5   _____   *Lawrence K Karlton*
    LAWRENCE K. KARLTON

6                                 SENIOR JUDGE
                                  UNITED STATES DISTRICT COURT

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3

**Stipulation and Order to Continue Status Conference**