Michael E. Hansen [SBN 191737]
Attorney-at-Law
711 Ninth Street, Suite 100
Sacramento, CA  95814
Telephone: 916.438.7711
Fax: 916.864.1359

Attorney for Defendant
BINH LAM

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>  v.<br><br>BINH LAM,<br><br>        Defendant. | No. 2:11-CR-00056-LKK<br><br>**STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE, AND TO EXCLUDE TIME PURSUANT TO THE SPEEDY TRIAL ACT** |

    IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Christiaan Highsmith, Assistant United States Attorney, attorney for plaintiff, and Michael E. Hansen, attorney for defendant Binh Lam, that the previously-scheduled status conference date of February 4, 2014, be vacated and the matter set for status conference on March 4, 2014, at 9:15 a.m.

    This continuance is requested to allow counsel additional time to negotiate a disposition.

    The Government concurs with this request.

    Further, the parties agree and stipulate the ends of

1

STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE

justice served by the granting of such a continuance outweigh the best interests of the public and the defendant in a speedy trial and that time within which the trial of this case must be commenced under the Speedy Trial Act should therefore be excluded under 18 U.S.C. section 3161(h)(7)(B)(iv), corresponding to Local Code T4 (to allow defense counsel time to prepare), from the date of the parties' stipulation, January 31, 2014, to and including March 4, 2014.

Accordingly, the parties respectfully request the Court adopt this proposed stipulation.

IT IS SO STIPULATED.

Dated:  January 31, 2014                Respectfully submitted,

/s/ Michael E. Hansen
MICHAEL E. HANSEN
Attorney for Defendant
BINH LAM

Dated:  January 31, 2014                BENJAMIN B. WAGNER
United States Attorney

By:  /s/ Michael E. Hansen for
CHRISTIAAN HIGHSMITH
Assistant U.S. Attorney
Attorney for Plaintiff

**ORDER**

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order. Based on the stipulation of the parties and the recitation of facts contained therein, the Court finds that it is unreasonable to expect adequate preparation for pretrial

proceedings and trial itself within the time limits established in 18 U.S.C. section 3161. In addition, the Court specifically finds that the failure to grant a continuance in this case would deny defense counsel to this stipulation reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds that the ends of justice to be served by granting the requested continuance outweigh the best interests of the public and the defendant in a speedy trial.

The Court orders that the time from the date of the parties' stipulation, January 31, 2014, to and including March 4, 2014, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. section 3161(h)(7)(B)(iv), and Local Code T4 (reasonable time for defense counsel to prepare). It is further ordered that the February 4, 2014, status conference shall be continued until March 4, 2014, at 9:15 a.m.

**IT IS SO ORDERED.**

Dated: February 3, 2014

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

3
STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE