Michael E. Hansen [SBN 191737]
Attorney-at-Law
711 Ninth Street, Suite 100
Sacramento, CA  95814
Telephone: 916.438.7711
Fax: 916.864.1359

Attorney for Defendant
BINH LAM

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>    v.<br><br>BINH LAM,<br><br>           Defendant. | No. 2:11-CR-00056 LKK<br><br>**STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE, AND TO EXCLUDE TIME PURSUANT TO THE SPEEDY TRIAL ACT** |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Christiaan Highsmith, Assistant United States Attorney, attorney for plaintiff, and Michael E. Hansen, attorney for defendant Binh Lam, that the previously-scheduled status conference date of March 4, 2014, be vacated and the matter set for status conference on April 8, 2014, at 9:15 a.m.

This continuance is requested because Mr. Hansen is currently in trial in Sacramento County Superior Court (*People v. John Robinson, et al.*, Case No. 13F02996), and to allow counsel additional time to negotiate a disposition.

1

1       The Government concurs with this request.

2       Further, the parties agree and stipulate the ends of justice served by the granting of such a continuance outweigh the best interests of the public and the defendant in a speedy trial and that time within which the trial of this case must be commenced under the Speedy Trial Act should therefore be excluded under 18 U.S.C. section 3161(h)(7)(B)(iv), corresponding to Local Code T-4 (to allow defense counsel time to prepare), from the date of the parties' stipulation, February 28, 2014, to and including April 8, 2014.

        Accordingly, the parties respectfully request the Court adopt this proposed stipulation.

        IT IS SO STIPULATED.

Dated:  February 28, 2014      Respectfully submitted,

                               /s/ Michael E. Hansen
                               MICHAEL E. HANSEN
                               Attorney for Defendant
                               BINH LAM

Dated:  February 28, 2014      BENJAMIN B. WAGNER
                               United States Attorney

                               By: /s/ Michael E. Hansen for
                               CHRISTIAAN HIGHSMITH
                               Assistant U.S. Attorney
                               Attorney for Plaintiff

                                   ORDER

        The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its

                                      2
STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE

order. Based on the stipulation of the parties and the recitation of facts contained therein, the Court finds that it is unreasonable to expect adequate preparation for pretrial proceedings and trial itself within the time limits established in 18 U.S.C. section 3161. In addition, the Court specifically finds that the failure to grant a continuance in this case would deny defense counsel to this stipulation reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds that the ends of justice to be served by granting the requested continuance outweigh the best interests of the public and the defendant in a speedy trial.

The Court orders that the time from the date of the parties' stipulation, February 28, 2014, to and including April 8, 2014, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. section 3161(h)(7)(B)(iv), and Local Code T4 (reasonable time for defense counsel to prepare). It is further ordered that the March 4, 2014, status conference shall be continued until April 8, 2014, at 9:15 a.m.

**IT IS SO ORDERED.**

Dated: March 3, 2014

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

3
STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE