Michael E. Hansen [SBN 191737]
Attorney-at-Law
711 Ninth Street, Suite 100
Sacramento, CA  95814
Telephone: 916.438.7711
Fax: 916.864.1359

Attorney for Defendant
BINH LAM

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>    v.<br><br>BINH LAM,<br><br>            Defendant. | No. 2:11-CR-00056 LKK<br><br>**STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE, AND TO EXCLUDE TIME PURSUANT TO THE SPEEDY TRIAL ACT** |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Christiaan Highsmith, Assistant United States Attorney, attorney for plaintiff, and Michael E. Hansen, attorney for defendant Binh Lam, that the previously-scheduled status conference date of June 3, 2014, be vacated and the matter set for status conference on August 5, 2014, at 9:15 a.m.

This continuance is requested to allow counsel additional time to negotiate a disposition.  Defense counsel also has additional discovery to provide to the Government.

The Government concurs with this request.

1

STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE

Further, the parties agree and stipulate the ends of justice served by the granting of such a continuance outweigh the best interests of the public and the defendant in a speedy trial and that time within which the trial of this case must be commenced under the Speedy Trial Act should therefore be excluded under 18 U.S.C. section 3161(h)(7)(B)(iv), corresponding to Local Code T4 (to allow defense counsel time to prepare), from the date of the parties' stipulation, May 30, 2014, to and including August 5, 2014.

Accordingly, the parties respectfully request the Court adopt this proposed stipulation.

IT IS SO STIPULATED.

Dated:  May 30, 2014          Respectfully submitted,

                              /s/ Michael E. Hansen
                              MICHAEL E. HANSEN
                              Attorney for Defendant
                              BINH LAM

Dated:  May 30, 2014          BENJAMIN B. WAGNER
                              United States Attorney

                              By: /s/ Michael E. Hansen for
                              CHRISTIAAN HIGHSMITH
                              Assistant U.S. Attorney
                              Attorney for Plaintiff

**ORDER**

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its

2

STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE

order. Based on the stipulation of the parties and the recitation of facts contained therein, the Court finds that it is unreasonable to expect adequate preparation for pretrial proceedings and trial itself within the time limits established in 18 U.S.C. section 3161. In addition, the Court specifically finds that the failure to grant a continuance in this case would deny defense counsel to this stipulation reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds that the ends of justice to be served by granting the requested continuance outweigh the best interests of the public and the defendant in a speedy trial.

The Court orders that the time from the date of the parties' stipulation, May 30, 2014, to and including August 5, 2014, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. section 3161(h)(7)(B)(iv), and Local Code T4 (reasonable time for defense counsel to prepare). It is further ordered that the June 3, 2014, status conference shall be continued until August 5, 2014, at 9:15 a.m.

**IT IS SO ORDERED.**

Dated: June 2, 2014

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

3

STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE