```
Michael E. Hansen [SBN 191737]
Attorney-at-Law
711 Ninth Street, Suite 100
Sacramento, CA  95814
Telephone: 916.438.7711
Fax: 916.864.1359

Attorney for Defendant
BINH LAM
```

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:11-CR-00056 LKK |
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE, AND TO EXCLUDE TIME PURSUANT TO THE SPEEDY TRIAL ACT** |
| v. | |
| BINH LAM, | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Christiaan Highsmith, Assistant United States Attorney, attorney for plaintiff, and Michael E. Hansen, attorney for defendant Binh Lam, that the previously-scheduled status conference date of August 5, 2014, be vacated and the matter set for status conference on September 30, 2014, at 9:15 a.m.

This continuance is requested to allow counsel additional time to negotiate a disposition. Specifically, the defendant's mental health is troubling and undersigned counsel will obtain previously unknown mental health records to help evaluate the

1

STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE

defendant's competency.  Also, other medical records need to be obtained.

The parties have discussed the proposed stipulation and agree to the proposed date of September 30, 2014.

The Government concurs with this request.

Further, the parties agree and stipulate the ends of justice served by the granting of such a continuance outweigh the best interests of the public and the defendant in a speedy trial and that time within which the trial of this case must be commenced under the Speedy Trial Act should therefore be excluded under 18 U.S.C. section 3161(h)(7)(B)(iv), corresponding to Local Code T-4 (to allow defense counsel time to prepare), from the date of the parties' stipulation, August 4, 2014, to and including September 30, 2014.

Accordingly, the parties respectfully request the Court adopt this proposed stipulation.

IT IS SO STIPULATED.

Dated:  August 4, 2014          Respectfully submitted,

                                /s/ Michael E. Hansen
                                MICHAEL E. HANSEN
                                Attorney for Defendant
                                BINH LAM

Dated:  August 4, 2014          BENJAMIN B. WAGNER
                                United States Attorney

                                By: /s/ Michael E. Hansen for
                                CHRISTIAAN HIGHSMITH
                                Assistant U.S. Attorney
                                Attorney for Plaintiff

2

STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE

ORDER

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order. Based on the stipulation of the parties and the recitation of facts contained therein, the Court finds that it is unreasonable to expect adequate preparation for pretrial proceedings and trial itself within the time limits established in 18 U.S.C. section 3161. In addition, the Court specifically finds that the failure to grant a continuance in this case would deny defense counsel to this stipulation reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds that the ends of justice to be served by granting the requested continuance outweigh the best interests of the public and the defendant in a speedy trial.

The Court orders that the time from the date of the parties' stipulation, August 4, 2014, to and including September 30, 2014, shall be excluded from computation of time

//
//
//
//
//

STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE

within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. section 3161(h)(7)(B)(iv), and Local Code T4 (reasonable time for defense counsel to prepare). It is further ordered that the August 5, 2014, status conference shall be continued until September 30, 2014, at 9:15 a.m.

**IT IS SO ORDERED.**

Dated: August 5, 2014

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT