BENJAMIN B. WAGNER
United States Attorney
CHRISTIAAN H. HIGHSMITH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone:  (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                              Plaintiff,<br><br>                    v.<br><br>BINH LAM,<br><br>                              Defendant. | CASE NO.  2:11-CR-00056-KJM<br><br>**UNITED STATES' MOTION TO DISMISS AND ORDER** |

The United States Attorney hereby moves to dismiss without prejudice under Rule 48(a) of the Federal Rules of Criminal Procedure the charge in the Indictment against defendant Binh Lam.  Based on additional information obtained since the Indictment, including the medical and psychiatric condition of the defendant, the United States believes that it is in the interest of justice for the Court to dismiss the charge pending against defendant Binh Lam in the Indictment in this case.  Defense counsel has no objection to the disposition.

Dated:  October 10, 2014

BENJAMIN B. WAGNER
United States Attorney

By:   /s/ CHRISTIAAN H. HIGHSMITH
CHRISTIAAN H. HIGHSMITH
Assistant United States Attorney

1

**ORDER**

2

 Based on the motion of the United States, it is hereby ordered that the charge in the pending

3

Indictment against defendant Binh Lam is dismissed without prejudice.

4

5

DATED:  October 22, 2014

6

7

_____

UNITED STATES DISTRICT JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28